


FILED
MAR 1 0 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| P.V. PATEL, M.D.; P.V. PATEL, M.D., a Professional Association; THE HEART CARDIOVASCULAR & INTERNAL MEDICINE, a Professional Association; and ECHO LAB, INC.<br>*Plaintiffs* | § § § § § § § | |
| v. | § § | MO-99-CA-159 |
| MIDLAND MEMORIAL HOSPITAL; MEMORIAL HEART & VASCULAR INSTITUTE; PERMIAN CARDIOLOGY GROUP; STEPHEN BROWN, M.D.; MICHAEL MILLER, M.D.; JAMES H. BARNETT, M.D.; JOHN FOSTER, JR., M.D.; JAY MENDEZ, M.D.; DONALD LOVEMAN, M.D. AND HAROLD RUBIN COUNTRY FOOD STORES<br>*Defendants* | § § § § § § § § § § § § | |

## ORDER DENYING ORIGINAL MOTION TO DISMISS AS MOOT

**BEFORE THE COURT** are Defendant Foster's Motion to Dismiss Plaintiff's First Amended Complaint and Supporting Brief filed March 8, 2000 and Defendant Foster's Motion to Dismiss Plaintiff's First Amended Complaint and Supporting Brief filed March 9, 2000. Although both motions have the same title, it is evident from the footer that Defendant Foster's March 9, 2000 motion is intended to be an amended motion to dismiss. To avoid confusion on the Court's docket, and because Defendant Foster's amended motion essentially nullifies his original motion, the Court elects at this time to deny the original motion as moot. Accordingly,

**IT IS ORDERED** that Defendant Foster's Motion to Dismiss Plaintiff's First Amended Complaint and Supporting Brief filed March 8, 2000 is hereby **DENIED AS MOOT**.



Defendant Foster's Motion to Dismiss Plaintiff's First Amended Complaint and Supporting Brief filed March 9, 2000 shall remain a live motion on the Court's docket.

**SIGNED** this 10 day of March, 2000.

_____
LUCIUS D. BUNTON, III
**SENIOR UNITED STATES DISTRICT JUDGE**